| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Robert K. Wright, 301 North Lake Ave., Suite 700, Pasadena, CA 91101, Tel: 626-796-2664; and |
| Kevin P. McCulloch (pro hac vice), 155 E. 56th Street, New York, NY 10022, Tel: 646-704-2278 |

ATTORNEY(S) FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Erickson Productions, Inc. and Jim Erickson,

Plaintiff(s),

v.

Kraig R. Kast

Defendant(s)

CASE NUMBER: CV13-7160 BRO (AJWx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____PLAINTIFFS_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jim Erickson | Plaintiff and owner of copyrights infringed by Defendant |
| Kraig Kast | Defendant and owner of website at issue |
| Atherton Trust | Wealth management company owned by Kast |
| Only Websites, Inc. | Creator of website at issue |

9.24.2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFFS Erickson Productions, Inc. & Jim Erickson

CV-30 (05/13)        NOTICE OF INTERESTED PARTIES

