Robert K. Wright (SBN73235)
Law Offices of Robert K. Wright
301 N. Lake Ave.
Pasadena, CA 91101
Telephone: (626) 796 2664
Email: rkwlaw@earthlink.net

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ERICKSON PRODUCTIONS, INC. and JIM ERICKSON | CASE NUMBER |
|---|---|
| v.        Plaintiff(s) | CV 13-7160 BRO (AJWX) |
| KRAIG R. KAST | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s). | |

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

McCulloch, Kevin P.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*

Nelson & McCulloch LLP
_____
*Firm Name*

| 155 East 56th Street, 3rd Floor | (212) 355-6050 | (646) 308-1178 |
|---|---|---|
| | *Telephone Number* | *Fax Number* |
| *Street Address* | kmcculloch@nelsonmcculloch.com | |
| *City, State, Zip Code* | *E-Mail Address* | |

**I have been retained to represent the following parties:**

| | | | |
|---|---|---|---|
| ERICKSON PRODUCTIONS, INC. | ☒ *Plaintiff* | ☐ *Defendant* | ☐ *Other:* |
| JIM ERICKSON | ☒ *Plaintiff* | ☐ *Defendant* | ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York | 01/25/2006 | Yes |
| District of Columbia | 01/08/2007 | Yes |
| U.S.D.C. Southern District of New York | 01/25/2006 | Yes |
| U.S.D.C. Eastern District of New York | 08/26/2013 | Yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California ? ☐ Yes ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above? ☐ Yes ☒ No:

*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated October 7, 2013

Kevin P. McCulloch

*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Wright, Robert K.

*Designee's Name (Last Name, First Name & Middle Initial)*

Law Offices of Robert K. Wright

*Firm Name*

301 North Lake Avenue, Suite 700

| (626) 796-2664 | (626) 796-1601 |
|---|---|
| *Telephone Number* | *Fax Number* |

rkwlaw@earthlink.net

*Street Address*     *E-Mail Address*

Pasadena, CA 91101

73235

*City, State, Zip Code*     *Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel.**

Dated _10/4/13_

Robert K. Wright

*Designee's Name (Please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

———————

*I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

# Kevin Patrick McCulloch

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of January, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **1st day of October, 2013**.*



*Clerk*



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C.  20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## KEVIN P. MCCULLOCH

was on  **JANUARY 8, 2007**  duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C, on **SEPTEMBER 24, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of
### Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**KEVIN PATRICK MCCULLOCH** , Bar # **NL8441**

was duly admitted to practice in this Court on

**JUNE 08th, 2010** , and is in good standing as a member of the Bar of this Court.

Dated at <u>New York, New York</u>  on **SEPTEMBER 25th, 2013**

500 Pearl Street

Ruby J. Krajick    by
Clerk        Deputy  Clerk

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | New York |
|---|---|---|

**CERTIFICATE OF
GOOD STANDING**

I, **DOUGLAS C. PALMER** , *Clerk of this Court,*

*certify that* KEVIN PATRICK McCULLOCH *, Bar #* -------------------- ,

*was duly admitted to practice in this Court on*

AUGUST 26, 2013 *, and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at* BROOKLYN, NY *on* SEPTEMBER 24, 2013 .

*LOCATION* *DATE*

*Elizabeth Goddard*

| DOUGLAS C. PALMER | ELIZABETH GODDARD |
|---|---|
| *CLERK* | *DEPUTY CLERK* |