# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Honorable Beverly Reid O'Connel

From: Renee A. Fisher                    , Deputy Clerk    Date Received: October 15, 2013

Case No.: CV 13-7160 BRO          Case Title: Erickson Productions Inc et al. v. Kraig R Kast

Document Entitled: Notice of Motion; Affirmation in Support of Motion

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☑ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☑ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☑ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☑ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☑ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☑ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☐ | Other: | |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                               U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

October 21, 2013                   [signature]
Date                               U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT COURT OF CALIFORNIA

Jim Erickson and Erickson Productions, Inc.

against                                                    2: 13 CV 7160 BRO AJWx

Kraig Kast                                                 **NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon annexed affirmation of Kraig Kast-pro se, affirmed on October 15, 2013, the accompanying Memorandum of Law in support of this motion, and the pleadings herein, defendant will move this Court, before Hon. Beverly Reid O'Connell and the assigned Andrew J. Wistrich, United States District Magistrate Judge, for an order pursuant to Rule 12 (b) (2) and 28 U.S.C. 1404 (a) to the Northern District of California where both the Plaintiff and Defendant reside and do business. Please see the attached in support of these motions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Foster City, CA
       October 15, 2013

                                          _____
                                                Signature

                                          Address: Post Office Box 4612
                                                   Foster City, CA 94404

                                          Telephone Number: 415-806-9292

UNTIED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jim Erickson and Erickson Productions, Inc.

against

Kraig Kast

2:13 CV7160 BRO AJWx

**AFFIRMATION IN SUPPORT OF MOTION**

I, Kraig Kast, affirm under penalty of perjury that:

1. I, Kraig Kast, am the defendant in the above entitled action, and respectfully move this Court to issue a Change of Venue to the UNITED STATES DISTRICT COURT-NORTHERN DISTRICT OF CALIFORNIA.

2. The reason why I am entitled to the relief I seek is the following: Both Plaintiff and Defendant live and do business in the San Francisco Bay Area and that defendant moved to the San Francisco Bay Area for treatment of health problems in San Francisco. Additional justification for these motions is contained in the attached.

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Foster City, CA
       October 15, 2013

_____
Signature

Address: Post Office Box 4612
         Foster City, CA 94404

Telephone: 415-806-9292

## TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

**PLEASE TAKE NOTE THAT** pro se defendant Kraig Kast, former Managing Trustee of Atherton Trust-A Delaware Statutory Trust, will move this Court for an order from this Court to transfer this matter to the Northern District Court of California pursuant to 28 U.S.C. 1404 (a).

This motion is based upon this Notice of Motion, the supporting declarations filed and served herewith, all matters to which the Court can take judicial notice, and upon the papers, records and pleadings filed herein.

Dated: October 15, 2013  By: _____
Foster City, California  Kraig Kast, pro se
PO Box 4612
Foster City, CA 94404
415-806-9292

EXTREMELY URGENT Please Rush To Addressee

home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonli

PLEASE PRESS FIRMLY

PLEASE PRE

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
EL GRANADA.CA
94018
OCT 15. 13
AMOUNT
$19.95
00039070-07

1007

EMS

# EXPRESS MAIL®
UNITED STATES POSTAL SERVICE

# Flat Rate Mailing Envelope
**For Domestic and International Use**

**Visit us at usps.com**

When used internationally affix customs declarations (PS Form 2976, or 2976A)

EU928241638US

CLERK U.S. DISTRICT COURT
OCT 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY

1A

1B

PRESS HARD. YOU ARE MAKING 3 COPIES.

## EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

### ORIGIN (POSTAL SERVICE USE ONLY)

| | | |
|---|---|---|
| PO ZIP Code | Day of Delivery ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage $ |
| Date Accepted Mo. Day Year | Scheduled Date of Delivery Month Day | Return Receipt Fee $ |
| Time Accepted ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee $ / Insurance Fee $ |
| Flat Rate ☐ or Weight lbs. ozs. | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

### DELIVERY (POSTAL USE ONLY)

| | | |
|---|---|---|
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

### CUSTOMER USE ONLY

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)* **Additional merchandise insurance is void if customer requests waiver of signature.** I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend Holiday ☐

Mailer Signature

**FROM:** (PLEASE PRINT) PHONE ( ) [illegible]

[illegible handwritten address]

**TO:** (PLEASE PRINT) PHONE ( )

[illegible handwritten address]

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**

EMS

*USPS packaging products have been awarded Cradle to Cradle Certification for their ecologically-intelligent design. For more information go to mbdc.com/usps*

Cradle to Cradle Certified℠ is a certification mark

**Please recycle.**

EP13F

Vis





